UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-22762-CIV-MORENO

SHAHRZAD MIR GHOLIKAN,

    Plaintiff,

vs.

MIAMI FDC, ET AL.,

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Second Amended Complaint **(D.E. No. 10)**, filed on **December 18, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 12)** on **January 12, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 12)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    This action is DISMISSED for failure to state a claim. The dismissal is with prejudice because Plaintiff has twice failed to amend the complaint to state a claim.

(2)    This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this // day of February, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record